# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136923(24)(29)

MACOMB TOWNSHIP,
          Plaintiff-Appellee,

v

                                                SC: 136923
                                              COA: 286640

RONALD MICHAELS and
DOLORES MICHAELS,                          Macomb CC: 95-004372-CZ
          Defendants-Appellants.

_____/

       On order of the Court, the motion for immediate consideration is GRANTED. The motion for reconsideration of this Court's August 1, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2008

_____
Clerk

d1020